**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 17, 2015

Hon. J. Stephen Gibson
Attorney at Law
500 N. Akard Street, Suite 3800
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

Hon. Gene McCullough
Attorney at Law
P.O. Box 2244
Harlingen, TX 78551-2244
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00040-CV
Tr.Ct.No. 2012-DCL-8852-I
Style:   Astrid R. Forbes v. Bayview Loan Servicing, LLC and Interbay Funding, LLC


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   445th District Court (DELIVERED VIA E-MAIL)
Hon. Eric Garza, Cameron County District Clerk (DELIVERED VIA E-MAIL)
Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
(DELIVERED VIA E-MAIL)